Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; AND TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>DRAEGER CONSTRUCTION, LLC, a Nevada limited liability company; DESIGN BUILDERS, LTD., a Nevada corporation, d/b/a DESIGN BUILDERS; ORION CORP., a Nevada corporation, d/b/a ORION OF NEVADA; ROCK & WATERSCAPE CREATIONS, INC., a Nevada corporation; WM MASTERS AND ASSOCIATES, INC., a Texas corporation; and DOES I through X, inclusive,<br><br>Defendants,<br><br>and<br><br>WELLS FARGO BANK, N.A.,<br><br>Garnishee. | Case No. 3:13-mc- 5030<br><br>ORDER TO ISSUE AND RETURN WRIT OF GARNISHMENT |

IT IS ORDERED: The Plaintiff/Judgment Creditor's Application for a Writ of Garnishment directed to WELLS FARGO BANK, N.A., as garnishee defendant is:

Order to Issue & Return Writ of Garnishment
(Case No. 3:13-mc-           )

THE URBAN LAW FIRM
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
*Counsel for Plaintiffs*

1  [X] GRANTED. The Clerk shall forthwith issue and return the Writ of Garnishment to the attorney for
2  Plaintiff/Judgment Creditor, Michael A. Urban, at his Las Vegas office, The Urban Law Firm, 4270 S.
3  Decatur Blvd., Ste. A-9, Las Vegas, NV 89103.

5  [ ] DENIED for the following reasons:

11 Dated: August 26, 2013

   U.S. DISTRICT COURT / MAGISTRATE JUDGE

17 Submitted by:

18 *s/ Michael A. Urban*
   Michael A. Urban, WSB No. 20251
19 The Urban Law Firm
   800 Bellevue Way NE, Suite 400
20 Bellevue, Washington 98004
   T: 425.646.2394/702.968.8087
21 F: 425.462.5638/702.968.8088
   murban@theurbanlawfirm.com
22 *Counsel for Plaintiffs*

28 Order to Issue & Return Writ of Garnishment
   (Case No. 3:13-mc-            )

**THE URBAN LAW FIRM**
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
*Counsel for Plaintiffs*